JAMES C. MACDONALD (Bar No. 175760)
LAW OFFICES OF JAMES C. MACDONALD
2030 Main Street, Suite 660
Irvine, CA 92614
Telephone: (949) 660-0011
Facsimile: (949) 408-1743
E-mail: jcm@jcmacdonald.com

Attorneys for Plaintiffs
STICKS LYNWOOD, LLC, a California Limited Liability Company and SGLA LYNWOOD, LLC, a California Limited Liability Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STICKS LYNWOOD, LLC, a California Limited Liability Company and SGLA LYNWOOD, LLC, a California Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, CITY OF LYNWOOD, a General Law City, CALIFORNIA DEPARTMENT OF TRANSPORTATION, MACIAS DEVELOPMENT COMPANY, INC., a suspended California Corporation, JOSE JUAN MACIAS, an Individual, LYDIA MACIAS, an Individual, KUDCO DIVERSIFIED, LLC, a California Limited Liability Company, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | **CASE NO.: 2:20-cv-04540-FMO-MRWx** <br><br> **Honorable Fernando M. Olguin** <br><br> **NOTICE OF SETTLEMENT [DOCKET 67]** <br><br> **Original Complaint Served: August 12, 2020** <br><br> **Counter and Cross-Complaints Served: October 2-5, 2020** |

/ / /

/ / /

/ / /

-1-

35927

NOTICE OF SETTLEMENT [DOCKET 67]

Plaintiffs STICKS LYNWOOD, LLC, a California Limited Liability Company and SGLA LYNWOOD, LLC, a California Limited Liability Company (hereinafter "Plaintiffs) hereby provides notice to this Court that a settlement in principle has been reached between Plaintiffs and CITY OF LYNWOOD, a General Law City (hereinafter "CITY OF LYNWOOD"), UNION PACIFIC RAILROAD COMPANY, a Delaware corporation (hereinafter "UPRR"), CALIFORNIA DEPARTMENT OF TRANSPORTATION ("DOT") and KUDCO DIVERSIFIED, LLC, a California Limited Liability Company (hereinafter "KUDCO") ("CITY OF LYNWOOD, UPRR, DOT and KUDCO will hereafter be referred to collectively as "Defendants", and Plaintiffs and Defendants will be referred to as "the Parties") by and through their counsel of record. Furthermore Plaintiffs will file a Dismissal Without Prejudice of Defendants MACIAS DEVELOPMENT COMPANY, INC., a suspended California Corporation, JOSE JUAN MACIAS, an Individual, LYDIA MACIAS, an Individual who have not yet appeared in the matter. Plaintiffs anticipate that the negotiation of a final settlement agreement, payment of settlement, and dismissal of the claims, will require an additional thirty (30) days to complete.

DATED: February 16, 2021          LAW OFFICES OF JAMES C. MACDONALD

By: /s/ James Macdonald
JAMES C. MACDONALD
Attorney for Plaintiffs
STICKS LYNWOOD, LLC, a California Limited Liability Company and SGLA LYNWOOD, LLC, a California Limited Liability Company

35927

-2-

**NOTICE OF SETTLEMENT [DOCKET 67]**

## PROOF OF SERVICE

**Sticks Lynwood, LLC, etc., et al. vs. Union Pacific Railroad Company, et al.**
USDC Case No.: .: 2:20-cv-04540 FMO-MRWx

I, the undersigned, certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Orange, and not a party of the within action or cause. My business address is 2030 Main Street, Suite 660, Irvine, CA 92614. My email address is: jcm@jcmacdonald.com.

I further certify that on February 16th, 2021, I caused to be served a true and correct copy of the following document: **NOTICE OF SETTLEMENT [DOCKET 67]** on the parties in said action as follows:

| X | **By CM/ECF** | *By CM/ECF Notice of Electronic Filing: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.* |
|---|---|---|
| | **By Mail** | *by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.* |
| | **By Email** | *by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful* |

35927

Proof of Service

*Via CM/ECF:*
Brian D. Langa
DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP
915 Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-4209
Tel: (213) 624-8407; Fax: (213) 624-0174
blanga@ddsffirm.com
Attorneys for Defendant
CITY OF LYNWOOD

Randall C. Fink, Esq. Law Offices of Randall Carlyle Fink
1880 Century Park East, Suite 315
Los Angeles, CA 90067
Telephone: (310) 739-5488
Facsimile: (310) 788-9288
E-Mail: randall@rcflaw.com
[Attorneys for Defendant Kudco Diversified, LLC]

Erin E. Holbrook, Chief Counsel Jerald M. Montoya, Dep. Chief Counsel
Steven J. Dadaian, Asst. Chief Counsel
Erick L. Solares, Asst. Chief Counsel
Christopher Hiddleson, Asst. C. Counsel
Julie Del Rivo, Asst. Chief Counsel
David Rodriguez, Asst. Chief Counsel
Tucker Wisdom-Stack, Deputy Attorney 100 South Main Street, Suite 1300
Los Angeles, California 90012-3702
Telephone: (213) 687-6000
Facsimile: (213) 687-8300
Tucker.Wisdom-Stack@dot.ca.gov
[Attorneys for Defendant The People of the State of California, acting by and through the Department of Transportation]

HAYNES AND BOONE, LLP
David Clark
Ann Al-Bahish
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626

35927

| | |
|---|---|
| 1 | Tel.: (949) 202-3000; Fax: (949) 202-3001 |
| 2 | Ann.Al-Bahish@haynesboone.com |
| | Attorneys for Defendant |
| 3 | UNION PACIFIC RAILROAD COMPANY |

 

  I am readily familiar with the firm's practice of collection and processing documents for electronic filing. Under that practice I caused this document to be electronically filed on the day below in the ordinary course of business.

  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

  I hereby certify and declare, under the penalty of perjury, that the foregoing is true and correct.

  Executed on February 16th, 2021, at Irvine, California.

_____
James C. Macdonald

35927